IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER L. TUCKER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-11-922-D ) |
| CITY OF OKLAHOMA CITY, *et al.*, | ) ) |
| Defendants. | ) |

# **O R D E R**

Currently pending before the Court are the Motion of Defendant City of Oklahoma City to Dismiss It From Plaintiff's Requests for Punitive Damages and State Law Claims [Doc. No. 12] and the Partial Motion to Dismiss of Defendants Bemo, Brown, Nelson, Cooper and Blumenthal [Doc. No. 16].  After these motions were filed, however, Plaintiff filed the First Amended Complaint [Doc. No. 19], which supersedes his prior pleading and renders it of no legal effect.  *See Davis v. TXO Prod. Corp.*. 929 F.2d 1515, 1517 (10th Cir. 1991); *see also Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007); *Miller v. Glanz*, 948 F.2d 1562, 1565 (10th Cir. 1991).  Thus, all motions directed at the Complaint are moot.

IT IS THEREFORE ORDERED that Defendants' Motions [Doc. Nos. 12 and 16] are DENIED without prejudice to refiling, if appropriate, in response to the amended pleading.

IT IS SO ORDERED this 12th day of October, 2011.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE